STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
GREGORY SCALLY (Cal. Bar No. 268073)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2624
     Facsimile:  (213) 894-0141
     E-mail:  gregory.scally@usdoj.gov

Attorneys for Plaintiff/Respondent
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff/Respondent, v. HUNG XUAN DONG, Defendant/Petitioner. | Nos. SACV 14-00998-JVS **SACR 10-00123-JVS** ORDER DECLARING PARTIAL WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND COMPELLING DISCLOSURE OF CERTAIN ATTORNEY-CLIENT COMMUNICATIONS |
|---|---|

The Court, having considered the government's _Ex Parte_ Application For a Court Order Declaring Partial Waiver Of Attorney-Client Privilege and Compelling Disclosure of Certain Attorney-Client Communications, and good cause having been shown,

IT IS HEREBY ORDERED THAT:

1.   Defendant/petitioner HUNG XUAN DONG ("defendant") has waived his attorney-client privilege with respect to all communications between himself and his attorney, Richard Hamar, concerning the events and facts related to defendant's claims of

1  ineffective assistance of counsel in United States v. Hung Xuan Dong,
2  No. CV 14-00998-JVS; and
3       2.   Attorney Richard Hamar is ordered to disclose to the
4  government and the Court all communications between himself and
5  defendant concerning the events and facts related to defendant's
6  claims of ineffective assistance of counsel in United States v. Hung
7  Xuan Dong, No. CV 14-00998-JVS.
8       IT IS SO ORDERED.

December 22, 2014
DATE                                  HONORABLE JAMES V. SELNA
                                      UNITED STATES DISTRICT JUDGE

Presented by:

     /s/
GREGORY SCALLY
Assistant United States Attorney

2